# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:23-M -01378(1)
§
(1) Samuel Stephen Pecora §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 26, 2023** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"On April 26, 2023, the defendant, PECORA, Samuel, a United States Citizen, was arrested near Del Rio, TX within the Western District of Texas for conspiring to transport four illegal aliens in furtherance into the United States. Border Patrol Agents encountered a 2017 Toyota Camry driven by Pecora on FM 3008 near Del Rio, TX. The vehicle was suspected to be in the area for alien smuggling. The Agent conducted a vehicle*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ REINKE, DALTON D317 J.
Signature of Complainant
REINKE, DALTON D317 J.

04/28/2023 at DEL RIO, Texas
File Date City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE       Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　Case Number: DR:23-M -01378(1)

(1) Samuel Stephen Pecora

**Continuation of Statement of Facts:**

stop to perform an immigration inspection. Upon inspection, it was revealed the four occupants in the rear of the vehicle were illegally present in the United States with no immigration documents. In a Sworn Statement, Pecora admitted coordinating with a person on Facebook to transport illegal aliens from Eagle Pass, TX to Dallas, TX for $900 per person."

_____　　　　/s/ REINKE, DALTON D317 J.
Signature of Judicial Officer　　　　　　　　Signature of Complainant